**ORIGINAL**

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Space Exploration Technologies Corp. <br><br> *Plaintiff* <br> v. <br> D.T. Gruelle Company Group, L.L.C. <br><br> *Defendant* | ) ) ) ) ) ) ) ) ) <br> **12 CIV 7510** <br> Civil Action No. <br><br> **JUDGE ENGELMAYER** |

### SUMMONS IN A CIVIL ACTION

To: D.T. Gruelle Company Group, L.L.C.
   c/o D. Timothy Gruelle, Alessandra Gruelle
   301 Moon Clinton Road
   Moon Township, PA 15108

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   Douglas P. Lobel           Jason Koral
   Jonathan Lawson            Cooley LLP
   Cooley LLP                 1114 Avenue of the Americas
   11951 Freedom Drive        New York, NY, 10036
   Reston, VA, 20190

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK
*CLERK OF COURT*

Date: OCT 0 5 2012

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

Plaintiff
SPACE EXPLORATION TECHNOLOGIES CORP
vs.
Defendant
D.T. GRUELLE COMPANY GROUP, L.L.C.

Index No.: 12 CIV 7510
Hearing Date:
Attorney of Record:

## AFFIDAVIT OF SERVICE

Received this on __10-09-2012__

I, J OShea, being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein in the above styled case, I am over the age of 18, and am not a party to or otherwise interested in this matter.

That on Oct 10, 2012 11:23 AM, I executed service of SUMMONS; COMPLAINT on D.T. GRUELLE COMPANY GROUP, L.L.C. c/o Timothy & Alessandra Gruelle, at D.T. GRUELLE COMPANY GROUP L.L.C. C/O TIMOTHY & A, 301 MOON CLINTON Road, MOON TOWNSHIP, PA 15108

By Personal Service to: MR. VALMORE VALIENTE, EMPLOYEE IN CHARGE, (Export Services Manager) A Hispanic male approx. 35-40 years of age 5'8"-5'10" in height weighing 160-180 lbs with black hair

Military Status: __None__

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Executed on __10__ / __10__, 20__12__

_J OShea_
J OShea

633 Yesler Way, Seattle, WA 98104
206-521-9000

State of Pennsylvania, County of __Butler__
Subscribed and sworn to before me, a notary public on __10__ / __10__, 20__12__

_Sharon R Chir_
Notary Public

FOR: Cooley LLP -New York
REF: 532991 (c/m 308172-208)

Order No. 7528932 BRO FIL

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Sharon R Chir, Notary Public
Marshall Twp, Butler County
My commission expires March 21, 2016