UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., | : No. 1:12-cv-07510-(PAE) (KNF) |
| Plaintiff, | : |
| -against- | : **NOTICE OF APPEARANCE** |
| D.T. GRUELLE COMPANY GROUP, L.L.C., | : |
| Defendant. | : |

---

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that, Daniel P. Jaffe and the law firm Husch Blackwell LLP, enter their appearance as counsel of record for Defendant **D.T. Gruelle Company Group, L.L.C.** in the above-referenced matter. The undersigned is admitted to practice in this Court.

Dated: New York, New York
October 23, 2012

HUSCH BLACKWELL LLP

By:  /s/ Daniel P. Jaffe
Daniel P. Jaffe
60 East 42nd Street, Suite 4600
New York, NY  10165
Telephone:  (212) 485-9805
Facsimile:   (314) 480-1505
Dan.Jaffe@huschblackwell.com

SLC-6750447-1

>Carlos Rodriguez (*pro hac vice* forthcoming)
>HUSCH BLACKWELL LLP
>750 17th Street N.W.
>Suite 900
>Washington, D.C. 20006
>Telephone: (202) 378-2300
>Fax: (202) 378-2319
>Carlos.rodriguez@huschblackwell.com

>*Attorneys for Defendant D.T. Gruelle Company Group, L.L.C.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2012, I electronically filed a true and correct copy of the foregoing with the Clerk of Court using the CM/ECF system and that all counsel of record will be served via the Notice of Electronic Filing generated by CM/ECF.

/s/ Daniel P. Jaffe

SLC-6750447-1