UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------  :
SPACE EXPLORATION TECHNOLOGIES         :   No. 1:12-cv-07510-(PAE) (KNF)
CORP.,                                                              :
                                                                           :
                Plaintiff,            :   **DEFENDANT D.T. GRUELLE**
                                                                           :   **COMPANY GROUP, L.L.C.'S**
   -against-                                          :   **RULE 7.1 CORPORATE DISCLOSURE**
                                                                           :   **STATEMENT**
D.T. GRUELLE COMPANY GROUP, L.L.C.,  :
                                                                           :
                Defendant.         :
----------------------------------------------------------  :

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant D.T. Gruelle Company Group, L.L.C. states that it has no corporate parent, and there is no publicly held corporation owning 10% or more of D.T. Gruelle Company Group, L.L.C.

Dated: New York, New York
       October 23, 2012

                                    HUSCH BLACKWELL LLP

                                    By:  /s/ Daniel P. Jaffe
                                         Daniel P. Jaffe
                                         60 East 42nd Street, Suite 4600
                                         New York, NY  10165
                                         Telephone:  (212) 485-9805
                                         Facsimile:  (314) 480-1505
                                         Dan.Jaffe@huschblackwell.com

        Carlos Rodriguez (*pro hac vice* forthcoming)
        HUSCH BLACKWELL LLP
        750 17th Street N.W.
        Suite 900
        Washington, D.C. 20006
        Telephone: (202) 378-2300
        Fax: (202) 378-2319
        Carlos.rodriguez@huschblackwell.com

        *Attorneys for Defendant D.T. Gruelle Company Group, L.L.C.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2012, I electronically filed a true and correct copy of the foregoing with the Clerk of Court using the CM/ECF system and that all counsel of record will be served via the Notice of Electronic Filing generated by CM/ECF.

        /s/ Daniel P. Jaffe