UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- :
                                             :

SPACE EXPLORATION TECHNOLOGIES   :   No. 1:12-cv-07510-(PAE) (KNF)
CORP.,                                            :
                                             :

                      Plaintiff,   :

     -against-                 :  **CERTIFICATE OF COUNSEL**
                                           :  **CONCERNING SUBMISSION AND**
D.T. GRUELLE COMPANY GROUP, L.L.C.,  :  **SERVICE OF LETTER REQUEST FOR**
                                           :  **EXTENSION OF TIME TO COURT**
                    Defendant.   :

------------------------------------------------------- :
                                               :

      The undersigned Daniel P. Jaffe, attorney for defendant, D.T. Gruelle Company Group, L.L.C., hereby certifies that on October 31, 2012, he submitted to the Court an original letter request for an extension of time ("Letter Request") by hand delivering it to the Clerk of Court's office at the Federal Building and Courthouse, Southern District of New York, 300 Quarropas Street, White Plains, New York 10601 for forwarding to the Court at the earliest feasible time, given damages caused by extremely adverse weather conditions and their aftermath.  The undersigned further certifies that the Letter Request was served on all counsel of record by E-mail on October 31, 2012.  A true copy of the Letter Request is attached hereto as Exhibit A.

Dated:  Scarsdale, New York
        November 2, 2012

                                  Respectfully submitted,

                                  HUSCH BLACKWELL LLP

                                By:   /s/ Daniel P. Jaffe
                                     Daniel P. Jaffe
                                     60 East 42nd Street, Suite 4600
                                     New York, NY  10165
                                     Telephone:  (212) 485-9805
                                     Facsimile:  (314) 480-1505
                                     Dan.Jaffe@huschblackwell.com

Carlos Rodriguez (*pro hac vice* forthcoming)
Husch Blackwell LLP
750 17th Street N.W.
Suite 900
Washington, D.C. 20006
Telephone: (202) 378-2300
Fax: (202) 378-2319
Carlos.rodriguez@huschblackwell.com

*Attorneys for Defendant D.T. Gruelle Company Group, L.L.C.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2012, I electronically filed a true and correct copy of

the foregoing with the Clerk of Court using the CM/ECF system and that all counsel of record

will be served via the Notice of Electronic Filing generated by CM/ECF.

/s/ Daniel P. Jaffe _____

2