# HUSCH BLACKWELL



Daniel P. Jaffe
Attorney

60 East 42nd Street, Suite 4600
New York, New York 10165
Direct: 212.485.9805
Fax: 314.480.1505
dan.jaffe@huschblackwell.com

Exhibit A

October 31, 2012

**BY HAND DELIVERY**

The Honorable Paul A. Engelmayer
United States District Judge
Daniel Patrick Moynihan United States
 Courthouse
500 Pearl Street
Room 670
Courtroom 18C
New York, NY 10007

*MEMO ENDORSED*

Re: *Space Exploration Technologies Corp. vs. D.T. Gruelle Company Group, L.L.C.*, Case 1:12-cv-7510-PAE

Dear Judge Engelmayer:

Husch Blackwell LLP, Carlos Rodriguez (*pro hac vice* forthcoming) and the undersigned are counsel for defendant D.T. Gruelle Company Group, L.L.C. ("D.T. Gruelle"). Defendant D.T. Gruelle requests a 30 day extension of time to and including November 30, 2012, to answer or otherwise respond to the Complaint because counsel just received this case ten days ago, and needs the additional time requested to determine and prepare an appropriate response to the Complaint.

Pursuant to the Court's Individual Practice I E, the undersigned states as follows: (1) the original date D.T. Gruelle's response to the Complaint is due is October 31, 2012; (2) the reason for this request is counsel just received the Complaint and documents relating to this case, and needs additional time to determine and prepare an appropriate response to the Complaint; (3) this is the first request for extension from D.T. Gruelle; (4) adversary counsel consents to a 20 day extension, and does not think 30 days is reasonable. Currently, there are no future proceedings scheduled in this matter, and therefore, this request, if granted, would not likely affect any future proceedings.



SLC-6762268-1

# HUSCH BLACKWELL

The Honorable Paul A. Engelmayer
October 31, 2012
Page 2 of 2

Respectfully submitted,

HUSCH BLACKWELL LLP

By: **Daniel P. Jaffe**

Carlos Rodriguez (*pro hac vice* forthcoming)

*Attorneys for Defendant D.T. Gruelle Company Group, L.L.C.*

cc: By E-Mail to:

Douglas Paul Lobel, Esq.
Jonathon Scott Lawson, Esq.
 Cooley LLP
One Freedom Square – Reston Town Center
11951 Freedom Drive
Reston, VA 20190-5656

Jason Mark Koral, Esq.
 Cooley LLP
1114 Avenue of the Americas
New York, NY 10036

*Counsel for Plaintiff Space Exploration Technologies Corp.*

A 30-day extension is granted. A response is due by November 30, 2012.

**SO ORDERED:** 11/5/12

Paul A. Engelmayer

**HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE**

SLC-6762268-1