UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------X

SPACE EXPLORATION TECHNOLOGIES CORP.,

               Plaintiff,

       -v-

D.T. GRUELLE COMPANY GROUP, L.L.C.,

               Defendant.

--------------------------------------------------------------------------X

12 Civ. 7510 (PAE)

NOTICE OF INITIAL
PRETRIAL
CONFERENCE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _Dec. 4, 2012_

PAUL A. ENGELMAYER, District Judge:

    This case has been assigned to this Court for all purposes.  By the date of the initial

pretrial conference, counsel for all parties are required to register as filing users in accordance

with the Procedures for Electronic Case Filing.

    Counsel for all parties are directed to appear for an initial pretrial conference with the

Court, at the time and place listed below.

    Counsel are further directed to confer with each other prior to the conference regarding

settlement and each of the other subjects to be considered at a Federal Rule of Civil Procedure 16

conference.

    Counsel are further directed and to prepare a Civil Case Management Plan and

Scheduling Order in accordance with the Court's Individual Rules, to be submitted to the Court

no later than three business days before the initial pretrial conference.  To view the Court's

Individual Rules, see the Court's website at http://www.nysd.uscourts.gov/judge/Engelmayer.

    Counsel are further directed to submit to the Court no later than three business days

before the date of the initial conference, a joint letter, not to exceed three pages in length,

addressing the following topics in separate paragraphs: (1) a brief description of the case,

including the factual and legal bases for the claim(s) and defense(s); (2) any contemplated

1

motions; and (3) the prospect for settlement.  For the Court's convenience, the parties are requested to set forth the date and time of the conference in the opening paragraph of the letter. Prior to the date of the conference, all parties must send the Court one courtesy copy of all pleadings.

If this case has been settled or otherwise terminated, counsel are not required to appear, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is sent prior to the date of the conference via e-mail to the Orders and Judgment Clerk at the following e-mail address:  orders_and_judgments@nysd.uscourts.gov.

All conferences with the Court are scheduled for a specific time; there is no other matter scheduled for that time; and counsel are directed to appear promptly.  **All pretrial conferences must be attended by the attorney who will serve as principal trial counsel.**  Requests for adjournment may be made only in a writing received no later than two business days before the conference.  The written submission must comply with Section 1.E of the Court's Individual Rules.  Unless counsel are notified that the conference has been adjourned, it will be held as scheduled.

Plaintiff's counsel is directed (1) to so notify all attorneys in this action by serving upon each of them a copy of this notice forthwith, and (2) to file proof of such notice with the Court. If the Plaintiff's counsel is unaware of the identity of counsel for any of the parties, Plaintiff's counsel must forthwith send a copy of the notice to that party personally.

The initial pretrial conference is hereby scheduled for **January 4, 2013**, at **3:30 p.m.** at the U.S. Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

_Paul A. Engelmayer_

Paul A. Engelmayer
United States District Judge

Dated: December 3, 2012
      New York, New York

2

## **CERTIFICATE OF SERVICE**

I, hereby certify that on the 5th day of December 2012, the Notice of Initial Pretrial Conference was served upon counsel for Defendant via email and first class mail upon:

Daniel P. Jaffe
Husch Blackwell Sanders, LLP
190 Carondelet Plaza
Suite 600
St. Louis, MO 63105-3441
(314) 480-1500
Fax: (314)-480-1505
Email: dan.jaffe@huschblackwell.com

*Counsel for Defendant D.T Gruelle Company Group, L.L.C.*

/s/ Douglas P. Lobel
Douglas P. Lobel

540327 v1/RE