UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

SPACE EXPLORATION TECHNOLOGIES CORP.,

                Plaintiff,

        -v-

D.T. GRUELLE COMPANY GROUP, L.L.C.,

                Defendant.

------------------------------------------------------------------X

12 Civ. 7510 (PAE)

<u>ORDER</u>

PAUL A. ENGELMAYER, District Judge:

    The Court has received defendant's letter (Dkt. 10), dated December 5, 2012, requesting a pre-motion conference to move for summary judgment. The Court has also received plaintiff's letter (Dkt. 11), dated December 10, 2012, opposing this request.

    D.T. Gruelle Company Group's request for a pre-motion conference is denied. The Court finds that it is premature for either party to move for summary judgment at this stage of the case, particularly because discovery has not yet begun. An initial pretrial conference is scheduled for January 4, 2013, at 3:30 p.m. At that conference, the Court will set a case management plan and entertain discussion about an expedited schedule for this case, including targeted discovery.

    SO ORDERED.

                                                                              Paul A. Engelmayer
                                                                              United States District Judge

Dated: December 12, 2012
       New York, New York

1