

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/14/12

Jonathan Lawson

T: (703) 456-8121
jlawson@cooley.com

December 14, 2012

*Via Electronic Mail*



The Honorable Paul A. Engelmayer
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
Room 670, Courtroom 18C
New York, NY  10007

> Re: *Space Exploration Technologies Corp. v. D.T. Gruelle Company Group, L.L.C.,*
> **Case No. 1:12-cv-7510-PAE**

Dear Judge Engelmayer:

We represent Plaintiff Space Exploration Technologies Corp. ("SpaceX") in the above-referenced matter. This letter requests that the initial pretrial conference, currently scheduled for January 4, 2013 pursuant to the Notice of Initial Pretrial Conference (Dkt. 8), be adjourned to January 17, 2013.

Pursuant to Section 1.E of the Court's Individual Rules and Practices in Civil Cases, SpaceX states the following:

1. The pretrial conference is currently scheduled for January 4, 2013. Counsel for SpaceX has a conflict on January 4 and requests adjournment of the conference to January 17, 2013.

2. SpaceX has never requested an adjournment or extension of time.

3. Counsel for D.T. Gruelle Company Group, L.L.C. consents to SpaceX's requested adjournment and is available on January 17, 2013.

4. The requested adjournment does not affect any other scheduled dates.

ONE FREEDOM SQUARE, RESTON TOWN CENTER, 11951 FREEDOM DRIVE, RESTON, VA 20190-5656 T: (703) 456-8000 F: (703) 456-8100 WWW.COOLEY.COM



The Honorable Paul A. Engelmayer
December 14, 2012
Page Two

      For these reasons, SpaceX respectfully requests that the Court adjourn the pretrial conference to January 17, 2013.

                           Sincerely,

                           Jonathan Lawson

cc:    Daniel P. Jaffe
        *Counsel for D.T. Gruelle Company Group, L.L.C.*

541431/RE

*Granted. The conference is rescheduled for January 17, 2013, at 4:30 p.m.*

12/14/12

**SO ORDERED:**

Paul A. Engelmayer
_____
HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE

ONE FREEDOM SQUARE, RESTON TOWN CENTER, 11951 FREEDOM DRIVE, RESTON, VA 20190-5656  T: (703) 456-8000  F: (703) 456-8100  WWW.COOLEY.COM