UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
                                          :
SPACE EXPLORATION TECHNOLOGIES            :
CORP.,                                    :
                                          :
                                          :
                    Plaintiff,            :
                                          :
v.                                        :        No.: 1:12-cv-07510-PAE (KNF)
                                          :
D.T. GRUELLE COMPANY GROUP,               :
L.L.C.,                                   :
                                          :
                                          :
                    Defendant.            :
------------------------------------------x

<u>**NOTICE OF MOTION**</u>

**TO ALL PARTIES AND ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum In Support Of

Plaintiff's Rule 12(b)(6) Motion To Dismiss Defendant's Counterclaim, Plaintiff Space

Exploration Technologies Corp. ("SpaceX"), by and through undersigned counsel, respectfully

moves this Court, before the Honorable Paul A. Engelmayer, United States District Court for the

Southern District of New York, on such day and at such time designated by the Court, for an

Order granting SpaceX's motion and dismissing Defendant's Counterclaim with prejudice,

pursuant to Federal Rule of Civil Procedure 12(b)(6).

Dated:  December 21, 2012

Respectfully submitted,

COOLEY LLP


/s/ Douglas P. Lobel
Douglas P. Lobel (DL-3894)
11951 Freedom Drive
Reston, Virginia 20190
Telephone:  (703) 456-8000
Facsimile:  (703) 456-8100

and

Jason Koral (JK-1044)
1114 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 479-6000
Facsimile:  (212) 479-6275

*Counsel for Space Exploration Technologies Corp.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of December, 2012, **NOTICE OF MOTION** was
filed through the ECF system and will be sent electronically, via the ECF system, to the
following registered participants, as also identified on the Notice of Electronic Filing (NEF).
There are no non-registered participants in this case to my knowledge and belief.

> Daniel P. Jaffe
> Husch Blackwell Sanders, LLP
> 190 Carondelet Plaza, Suite 600
> St. Louis, MO 63105-3441
> (314) 480-1500
> Fax: (314)-480-1505
> Email: dan.jaffe@huschblackwell.com
>
> *Counsel for Defendant D.T Gruelle*
> *Company Group, L.L.C.*


> /s/ Douglas P. Lobel
> Douglas P. Lobel

542007/RE