```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/18/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Plaintiff,   Space Exploration Tech. Corp.

   -v-

Defendant.   D.T. Gruelle Company Group, L.L.C.

------------------------------------------------------------x

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

12 Civ. 7510   (PAE ) (KNF )

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

☐ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☐ Specific Non-Dispositive Motion/Dispute:*
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

☒ Settlement*

☐ Inquest After Default/Damages Hearing

☐ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose: _____

☐ Habeas Corpus

☐ Social Security

☐ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion: _____
_____

All such motions: _____

Plaintiff's counsel will contact the Magistrate Judge to schedule a settlement conference when both parties are ready.

*Do not check if already referred for general pretrial.

Dated   January 18, 2013

SO ORDERED:

_Paul A. Engelmayer_
United States District Judge