UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
:
SPACE EXPLORATION TECHNOLOGIES         :
CORP.,                                 :
                                       :
                                       :
              Plaintiff,               :
                                       :
v.                                     :   No.: 1:12-cv-07510-PAE (KNF)
                                       :
D.T. GRUELLE COMPANY GROUP,            :
L.L.C.,                                :
                                       :
                                       :
              Defendant.               :
------------------------------------------x

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

**TO ALL PARTIES AND ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum In Support of Plaintiff's Motion for Leave to File Amended Complaint, Plaintiff Space Exploration Technologies Corp. ("SpaceX"), by and through undersigned counsel, respectfully moves this Court, before the Honorable Paul A. Engelmayer, United States District Court for the Southern District of New York, for an Order granting SpaceX's Motion for Leave to File Amended Complaint, pursuant to Federal Rule of Civil Procedure 15(a)(2).

548166/RE

- 2 -

Dated:  February 19, 2013

Respectfully submitted,

COOLEY LLP

/s/ Douglas P. Lobel
Douglas P. Lobel (DL-3894)
Jonathan Lawson (JL-1118)
11951 Freedom Drive
Reston, Virginia 20190
Telephone:  (703) 456-8000
Facsimile:  (703) 456-8100

and

Jason Koral (JK-1044)
1114 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 479-6000
Facsimile:  (212) 479-6275

*Counsel for Space Exploration Technologies Corp.*

- 2 -

548166/RE

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 19th day of February 2013, Wells Fargo's **MOTION FOR LEAVE TO FILE AMENDED COMPLAINT** was filed through the ECF system and will be sent electronically, via the ECF system, to the following registered participants, as also identified on the Notice of Electronic Filing (NEF).  There are no non-registered participants in this case to my knowledge and belief.

    Daniel P. Jaffe
    Husch Blackwell Sanders, LLP
    190 Carondelet Plaza, Suite 600
    St. Louis, MO 63105-3441
    (314) 480-1500
    Fax: (314)-480-1505
    Email: dan.jaffe@huschblackwell.com

    *Counsel for Defendant D.T Gruelle*
    *Company Group, L.L.C.*

      /s/ Douglas P. Lobel
      Douglas P. Lobel

548166/RE