UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
:
SPACE EXPLORATION TECHNOLOGIES  :
CORP.,                          :
                                :
                                :
               Plaintiff,       :
                                :
v.                              :     No.: 1:12-cv-07510-PAE (KNF)
                                :
D.T. GRUELLE COMPANY GROUP,     :
L.L.C.,                         :
                                :
                                :
               Defendant.       :
------------------------------------------x

### DECLARATION OF DOUGLAS P. LOBEL IN SUPPORT OF
### MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

DOUGLAS P. LOBEL, ESQ., under penalty of perjury, declares and says:

1. I am a partner at Cooley LLP, counsel of record in this action for Plaintiff Space Exploration Technologies Corp. ("SpaceX"). I am admitted to practice law in the States of New York and Maryland, the District of Columbia, and the Commonwealth of Virginia. I am admitted to practice before this Court.

2. I respectfully submit this declaration in support of SpaceX's Motion for Leave to File First Amended Complaint.

3. Attached to this declaration as Exhibit 1 is SpaceX's proposed First Amended Complaint.

- 2 -

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 19th day of February 2013, in Reston, Virginia.

_____
Douglas P. Lobel

548430 /RE