UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
SPACE EXPLORATION TECHNOLOGIES CORP.    :
                                                    :       1:12-cv 07510 (PAE)(KNF)
      Plaintiff and Counter-defendant,    :
                                                    :            **NOTICE OF**
                   -v-                                :    **NO OPPOSITION TO**
                                                     :  **PLAINTIFF'S MOTION FOR**
D.T. GRUELLE COMPANY GROUP, L.L.C.,    :    **LEAVE TO FILE**
                                                     :  **AMENDED COMPLAINT**
      Defendant and Counterclaimant.    :
                                                     :
------------------------------------------------------------------------X

      Defendant and Counterclaimant, D. T. Gruelle Company Group, L.L.C. (hereinafter "DTG") hereby notifies the Court that it does not oppose Plaintiff's Motion for Leave to File Amended Complaint (Document 22).  DTG reserves all of its defenses and rights to respond to any such Amended Complaint which is filed.

Dated:  March 14, 2013
       New York, New York

                                 Respectfully submitted,

                                 HUSCH BLACKWELL LLP

                              By:   /s/ Daniel P. Jaffe
                                   Daniel P. Jaffe
                                   60 East 42nd Street, Suite 4600
                                   New York, NY  10165
                                   Telephone:  (212) 485-9805
                                   Facsimile:   (314) 480-1505
                                   Dan.Jaffe@huschblackwell.com

                                   Carlos Rodriguez (*pro hac vice* forthcoming)
                                   HUSCH BLACKWELL LLP
                                   750 17th Street N.W., Suite 900
                                   Washington, D.C. 20006
                                   Telephone: (202) 378-2300
                                   Carlos.rodriguez@huschblackwell.com

                          *Attorneys for Defendant D.T. Gruelle Company Group, L.L.C.*

SLC-6875348-1

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2013, I electronically mailed a true and correct copy of the foregoing D.T. Gruelle's Answers And Objections to Spacex's First Set of Interrogatories to Douglas P. Lobel and Marybeth Shreiner, Cooley LLP, 11951 Freedom Drive, Reston, Virginia 20190, and Jason Koral, 1114 Avenue of the Americas, New York, New York 10036, attorneys for Plaintiff and Counter-defendant.

/s/ Daniel P. Jaffe