

MEMO ENDORSED



CHAMBERS OF
KEVIN NATHANIEL FOX
U.S. Magistrate Judge

T: (703) 456-8019
dlobel@cooley.com

March 11, 2013

*Via Facsimile*

The Honorable Kevin N. Fox
Chief United States Magistrate Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
Courtroom 20A
New York, NY 10007
(212) 805-6712



> **Re:** *Space Exploration Technologies Corp. v. D.T. Gruelle Company Group, L.L.C.*,
> Case No. 1:12-cv-7510-PAE

Dear Judge Fox:

We represent Plaintiff Space Exploration Technologies Corp. ("SpaceX") in the above-referenced matter. This letter requests that the settlement conference, currently scheduled for March 19, 2013 pursuant to the Order, dated February 7, 2013 (Dkt. 21), be adjourned to April 17, 2013.

Pursuant to Section 1.E of the Court's Individual Rules Of Practice, SpaceX states the following:

1. The settlement conference is currently scheduled for March 19, 2013. Counsel for SpaceX has a conflict on March 19 and requests adjournment of the settlement conference to April 17, 2013.

2. SpaceX previously requested an adjournment of the pretrial conference, which was consented to by counsel for D.T. Gruelle Company Group, L.L.C. ("DTG"). The Court granted this request for adjournment.

3. Counsel for DTG consents to SpaceX's requested adjournment of the settlement conference and is available on April 17, 2013. In addition, the representatives for both parties are available on April 17, 2013.

4. The requested adjournment does not affect any other scheduled dates.

# Cooley LLP

The Honorable Kevin N. Fox
March 11, 2013
Page Two

    For these reasons, SpaceX respectfully requests that the Court adjourn the settlement conference to April 17, 2013.

Sincerely,

Douglas P. Lobel

cc: Daniel P. Jaffe (via electronic mail)
*Counsel for D.T. Gruelle Company Group, L.L.C.*

550631/RE

---

3/14/13
Application granted.
The conference will commence at 10:30 a.m. on April 17, 2013.

**SO ORDERED:**

Hon. Kevin Nathaniel Fox
United States Magistrate Judge