```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/15/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

SPACE EXPLORATION TECHNOLOGIES CORP.,

                        Plaintiff,

           -v-

D.T. GRUELLE COMPANY GROUP, L.L.C.,

                       Defendant.

------------------------------------------------------------------X

12 Civ. 7510 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

    Plaintiff Space Exploration Technologies Corp. ("SpaceX") has moved for leave to file an amended complaint. Dkt. 22–24. Under Federal Rule of Civil Procedure 15, "a party may amend its pleading only with the opposing party's written consent or the court's leave." Fed. R. Civ. P. 15(a)(2). On March 14, 2013, defendant D.T. Gruelle Company Group, L.L.C. ("DTG") filed a notice stating that it does not oppose SpaceX's motion. Dkt. 25.

    Accordingly, SpaceX's motion is granted. SpaceX is directed to file its amended complaint by March 20, 2013.

    The Clerk of Court is directed to terminate the motion pending at docket number 22.

SO ORDERED.

                                                              *Paul A. Engelmayer*
                                                              Paul A. Engelmayer
                                                              United States District Judge

Dated: March 15, 2013
        New York, New York