Daniel P. Jaffe
Attorney

60 East 42nd Street, Suite 4600
New York, New York 10165
Direct: 212.485.9805
Fax: 314.480.1505
dan.jaffe@huschblackwell.com

*MEMO ENDORSED*

April 4, 2013

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/5/13

**BY E-MAIL: EngelmayerNYSDChambers@nysd.uscourts.gov**

The Honorable Paul A. Engelmayer
United States District Judge
Thurgood Marshall United States
 Courthouse
40 Foley Square
Courtroom 1305
New York, NY 10007

Re:  *Space Exploration Technologies Corp. vs. D.T. Gruelle Company Group, L.L.C.*, Case
     1:12-cv-7510-PAE

Dear Judge Engelmayer:

        Husch Blackwell LLP, Carlos Rodriguez (*pro hac vice* forthcoming) and the undersigned
are counsel for defendant and counter claimant D.T. Gruelle Company Group, L.L.C. ("D.T.
Gruelle"). Defendant D.T. Gruelle requests a 14 day extension of time to and including April 25,
2013, to move, answer or otherwise respond to the Amended Complaint (Document #28)
because the undersigned underwent surgery on April 3, 2013, and will be unable to travel or
work at my usual schedule for up to four weeks.

        Pursuant to the Court's Individual Practice 1 E, the undersigned states as follows: (1) the
original date D.T. Gruelle's response to the Amended Complaint is due is April 11, 2013; (2) the
reason for this request is counsel just underwent surgery, and needs additional time because he is
unable to travel and work at his usual schedule; (3) this is the first request for extension from
D.T. Gruelle to move, answer or otherwise respond to the Amended complaint; (4) adversary
counsel consents to this request for an extension. This request, if granted, would not likely affect
any future proceedings.

SLC-6892090-1

HUSCH BLACKWELL

The Honorable Paul A. Engelmayer
April 4, 2013
Page 2 of 2

Respectfully submitted,

HUSCH BLACKWELL LLP

By: *Daniel P. Jaffe*
Daniel P. Jaffe

Carlos Rodriguez (*pro hac vice* forthcoming)

*Attorneys for Defendant D.T. Gruelle Company
Group, L.L.C.*

cc:  By E-Mail to:

Douglas Paul Lobel, Esq.
Marybeth Shreiner, Esq.
Jonathon Scott Lawson, Esq.
   Cooley LLP
One Freedom Square – Reston Town Center
11951 Freedom Drive
Reston, VA 20190-5656

Jason Mark Koral, Esq.
   Cooley LLP
1114 Avenue of the Americas
New York, NY 10036

*Counsel for Plaintiff Space Exploration Technologies Corp.*

Granted.

**SO ORDERED:**

4/5/13

*Paul A. Engelmayer*

**HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE**

SLC-6892090-1