# HUSCH BLACKWELL

**Daniel P. Jaffe**
Attorney

60 East 42nd Street, Suite 4600
New York, New York 10165
Direct: 212.485.9805
Fax: 314.480.1505
dan.jaffe@huschblackwell.com

**MEMO ENDORSED**



RECEIVED
APR 11 2013
CHAMBERS OF
KEVIN NATHANIEL FOX
U.S. MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED 4/11/13

April 11, 2013

**BY FAX: (212) 805-6712**

The Honorable Kevin N. Fox
Chief U. S. Magistrate Judge
Thurgood Marshall United States
 Courthouse
40 Foley Square
Courtroom 228
New York, NY 10007

Re: *Space Exploration Technologies Corp. vs. D.T. Gruelle Company Group, L.L.C.*, Case 1:12-cv-7510-PAE

Dear Judge Fox:

Husch Blackwell LLP, Carlos Rodriguez (*pro hac vice* forthcoming) and the undersigned are counsel for defendant and counter claimant D.T. Gruelle Company Group, L.L.C. ("D.T. Gruelle"). Defendant D.T. Gruelle requests an adjournment of the Settlement Conference which is currently scheduled April 17, 2013, at 10:30 AM over into May 2013. The reason for this request is that the undersigned underwent surgery on April 3, 2013, and will be unable to travel or work at my usual schedule for up to four weeks. Based on my recovery to date, I will certainly be unable to travel, prepare for and attend the scheduling conference next week.

Pursuant to the Court's Individual Practice 1 E, the undersigned states as follows: (1) the current date of the Settlement Conference is April 17, 2013; (2) the reason for this request is counsel just underwent surgery, and needs additional time because he is unable to travel and work at his usual schedule; (3) this is the first request for extension from D.T. Gruelle for an adjournment of the Settlement Conference, although Plaintiff and Counter-defendant Space Exploration Technologies Corp. ("SpaceX") has requested adjournments in the past; (4) adversary counsel consents to this request for an adjournment. This request, if granted, would not likely affect any future proceedings.

4/11/13
Application granted. The settlement conference will be held on May 21, 2013, at 10:30 a.m., in courtroom 228, 40 Centre Street, New York, New York.

SO ORDERED:
/Kevin Nathaniel Fox/, U.S.M.J.

SLC-6896283-1

# HUSCH BLACKWELL

The Honorable Paul A. Engelmayer
April 11, 2013
Page 2 of 2

                                                    Respectfully submitted,

                                                    HUSCH BLACKWELL LLP

                                                    By: _/s/ Daniel P. Jaffe_
                                                         Daniel P. Jaffe

                                                  Carlos Rodriguez (*pro hac vice* forthcoming)

                                                  *Attorneys for Defendant D.T. Gruelle Company Group, L.L.C.*

cc:  By E-Mail to:

      Douglas Paul Lobel, Esq.
      Marybeth Shreiner, Esq.
      Jonathon Scott Lawson, Esq.
         Cooley LLP
      One Freedom Square – Reston Town Center
      11951 Freedom Drive
      Reston, VA 20190-5656

      Jason Mark Koral, Esq.
         Cooley LLP
      1114 Avenue of the Americas
      New York, NY 10036

      *Counsel for Plaintiff Space Exploration Technologies Corp.*

SLC-6896283-1