# HUSCH BLACKWELL

Daniel P. Jaffe
Attorney

60 East 42nd Street, Suite 4600
New York, New York 10165
Direct: 212.485.9805
Fax: 314.480.1505
dan.jaffe@huschblackwell.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/22/13
```

April 19, 2013

**BY E-MAIL: EngelmayerNYSDChambers@nysd.uscourts.gov**

The Honorable Paul A. Engelmayer
United States District Judge
Thurgood Marshall United States
 Courthouse
40 Foley Square
Courtroom 1305
New York, NY 10007

**MEMO ENDORSED**

Re:   *Space Exploration Technologies Corp. vs. D.T. Gruelle Company Group, L.L.C.*, Case
      1:12-cv-7510-PAE

Dear Judge Engelmayer:

   Husch Blackwell LLP, Carlos Rodriguez (*pro hac vice* forthcoming) and the undersigned are counsel for defendant and counter claimant D.T. Gruelle Company Group, L.L.C. ("D.T. Gruelle"). Defendant D.T. Gruelle requests a 7 day extension of time to and including May 2, 2013, to move, answer or otherwise respond to the First Amended Complaint (Document #28) because the undersigned underwent surgery on April 3, 2013, my recovery is not going well and as a consequence I had a second procedure performed today April 19, which we hope will improve my condition. These complications will no doubt affect the original estimate of four weeks where I will be unable to travel or work at my usual schedule.

   Pursuant to the Court's Individual Practice 1 E, the undersigned states as follows: (1) the original date D.T. Gruelle's response to the Amended Complaint was due was April 11, 2013 which the Court recently extended to April 25, 2013; (2) the reason for this request is counsel's recovery from April 3, 2013 surgery is not going well and as a consequence a second procedure was performed on April 19, 2013; (3) this is the second request for extension from D.T. Gruelle to move, answer or otherwise respond to the Amended complaint; (4) adversary counsel consents to this request for an extension. This request, if granted, would not likely affect any future proceedings.

SLC-6903216-1

*Granted. The Court wishes defendant's counsel a speedy recovery.*

**SO ORDERED:**

4/22/13

*Paul A. Engelmayer*
─────────────────────────────
HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE

# HUSCH BLACKWELL

The Honorable Paul A. Engelmayer
April 19, 2013
Page 2 of 2

                                        Respectfully submitted,

                                        HUSCH BLACKWELL LLP

                                        By: _____
                                                Daniel P. Jaffe

                                        Carlos Rodriguez (*pro hac vice* forthcoming)

                                        *Attorneys for Defendant D.T. Gruelle Company Group, L.L.C.*

cc:  By E-Mail to:

      Douglas Paul Lobel, Esq.
      Marybeth Shreiner, Esq.
      Jonathon Scott Lawson, Esq.
         Cooley LLP
      One Freedom Square – Reston Town Center
      11951 Freedom Drive
      Reston, VA 20190-5656

      Jason Mark Koral, Esq.
         Cooley LLP
      1114 Avenue of the Americas
      New York, NY 10036

      *Counsel for Plaintiff Space Exploration Technologies Corp.*

SLC-6903216-1