UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., <br><br> Plaintiff, <br><br> -against- <br><br> D.T. GRUELLE COMPANY GROUP, L.L.C., <br><br> Defendant. | No. 1:12-cv-07510-(PAE) (KNF) <br><br> **CERTIFICATE OF COUNSEL CONCERNING SERVICE OF FIRST AMENDED COMPLAINT** |

The undersigned Daniel P. Jaffe, attorney for defendant, D.T. Gruelle Company Group, L.L.C., hereby certifies that on March 19, 2013, he received a copy of the First Amended Complaint by Federal Express Priority Overnight, FedEx Tracking Number 8600 6314 0465. A true copy of the First Amended Complaint which was served upon me is attached with the Affidavit of Service executed by Hector Gonzalez. The First Amended Complaint was filed in the above captioned case on the CM/ECF system as Document Number 28 on March 19, 2013, but no document was attached to this filing.

Dated: New York, New York
April 30, 2013

Respectfully submitted,

HUSCH BLACKWELL LLP

By:  /s/ Daniel P. Jaffe
Daniel P. Jaffe
60 East 42nd Street, Suite 4600
New York, NY  10165
Telephone:  (212) 485-9805
Facsimile:   (314) 480-1505
Dan.Jaffe@huschblackwell.com

SLC-6910198-1

>Carlos Rodriguez (*pro hac vice* forthcoming)
>HUSCH BLACKWELL LLP
>750 17th Street N.W.
>Suite 900
>Washington, D.C. 20006
>Telephone: (202) 378-2300
>Fax: (202) 378-2319
>Carlos.rodriguez@huschblackwell.com
>
>*Attorneys for Defendant D.T. Gruelle Company Group, L.L.C.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2013, I electronically filed a true and correct copy of the foregoing with the Clerk of Court using the CM/ECF system and that all counsel of record will be served via the Notice of Electronic Filing generated by CM/ECF.

>/s/ Daniel P. Jaffe

SLC-6910198-1