UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
SPACE EXPLORATION TECHNOLOGIES CORP.   :
                                                      : 1:12-cv 07510 (PAE)(KNF)
    Plaintiff and Counter-defendant,    :
                                                    : **D.T. GRUELLE'S**
           -v-                         : **NOTICE OF MOTION**
                                                    : **TO DISMISS FIRST**
D.T. GRUELLE COMPANY GROUP, L.L.C.,    : **AMENDED COMPLAINT**
    Defendant and Counterclaimant.     :
                                                      :
-----------------------------------------------------------------------X

     PLEASE TAKE NOTICE that Defendant and Counterclaimant D. T. Gruelle Company Group, L.L.C. (hereinafter "DTG", "Defendant" or "Counterclaimant") upon the accompanying Memorandum of Law in Support of its Motion to Dismiss will move, by and through their undersigned counsel, before the Honorable Paul A. Engelmayer, United States District Judge at the Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 1305, New York, New York10007, on such day and at such time designated by the Court, for an Order under Fed. R. Civ. P. 12(b)(6) and 9(b), dismissing with prejudice all claims asserted in the First Amended Complaint against Defendant.

Dated:  May 2, 2013
         New York, New York

                                    Respectfully submitted,

                                    HUSCH BLACKWELL LLP

                              By:  /s/ Daniel P. Jaffe
                                    Daniel P. Jaffe
                                    60 East 42nd Street, Suite 4600
                                    New York, NY  10165
                                    Telephone:  (212) 485-9805
                                    Facsimile:  (314) 480-1505
                                    Dan.Jaffe@huschblackwell.com

SLC-6902491-1

>Carlos Rodriguez (*pro hac vice* forthcoming)
>HUSCH BLACKWELL LLP
>750 17th Street N.W.
>Suite 900
>Washington, D.C. 20006
>Telephone: (202) 378-2300
>Fax: (202) 378-2319
>Carlos.rodriguez@huschblackwell.com

>*Attorneys for Defendant D.T. Gruelle Company Group, L.L.C.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 2,, 2013, I electronically mailed a true and correct copy of the foregoing D.T. Gruelle's Notice of Motion to Dismiss First Amended Complaint to Douglas P. Lobel and Marybeth Shreiner, Cooley LLP, 11951 Freedom Drive, Reston, Virginia 20190, and Jason Koral, 1114 Avenue of the Americas, New York, New York 10036, attorneys for Plaintiff and Counter-defendant.

>/s/ Daniel P. Jaffe