UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- :
SPACE EXPLORATION TECHNOLOGIES : No. 1:12-cv-07510-(PAE) (KNF)
CORP., :
                                                           :
              Plaintiff,                                   :
                                                           :
       -against-                                           : **CERTIFICATE OF COUNSEL**
                                                           : **CONCERNING SERVICE OF**
D.T. GRUELLE COMPANY GROUP, L.L.C.,                        : **RESPONSE TO FIRST REQUESTS**
                                                           : **FOR ADMISSION**
              Defendant.                                   :
---------------------------------------------------------- :
                                                           :

The undersigned Daniel P. Jaffe, attorney for defendant, D.T. Gruelle Company Group, L.L.C., hereby certifies that on May 15, 2013, he served by electronic mail a copy of D. T. Gruelle's Response to SpaceX's First Requests for Admission on Douglas P. Lobel and MaryBeth Shreiner, Cooley LLP, 11951 Freedom Drive, Reston, Virginia 20190, and Jason Koral, 1114 Avenue of the Americas, New York, New York 10036, attorneys for Plaintiff and Counter-defendant.

Dated:  New York, New York
        May 15, 2013

                                   Respectfully submitted,

                                   HUSCH BLACKWELL LLP

                                   By:   /s/ Daniel P. Jaffe
                                         Daniel P. Jaffe
                                         60 East 42nd Street, Suite 4600
                                         New York, NY  10165
                                         Telephone:  (212) 485-9805
                                         Facsimile:   (314) 480-1505
                                         Dan.Jaffe@huschblackwell.com

SLC-6921277-1

>Carlos Rodriguez (*pro hac vice* forthcoming)
>HUSCH BLACKWELL LLP
>750 17th Street N.W.
>Suite 900
>Washington, D.C. 20006
>Telephone: (202) 378-2300
>Fax: (202) 378-2319
>Carlos.rodriguez@huschblackwell.com
>
>*Attorneys for Defendant D.T. Gruelle Company Group, L.L.C.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2013, I electronically filed a true and correct copy of the foregoing with the Clerk of Court using the CM/ECF system and that all counsel of record will be served via the Notice of Electronic Filing generated by the CM/ECF system.

>/s/ Daniel P. Jaffe

SLC-6921277-1