UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., | No. 1:12-cv-07510-(PAE) (KNF) |
| Plaintiff, | |
| -against- | **NOTICE OF SETTLEMENT** |
| D.T. GRUELLE COMPANY GROUP, L.L.C., | |
| Defendant. | |

---

The undersigned Daniel P. Jaffe, attorney for Defendant and Counterclaimant, D.T. Gruelle Company Group, L.L.C., hereby notifies the Court that on May 23, 2013, the parties to the above captioned action ("the Action") reached an agreement to settle all claims and disputes relating to the Action with the further agreement that all settlement documents will be executed and delivered, and all settlement payments made on or before May 31, 2013.  No later than two (2) business days following the receipt of settlement funds, the parties agree to execute a mutual stipulation of discontinuance with prejudice of all claims and counterclaims, which will be filed by either party for Court approval, and final disposition of the Action.

Dated:  New York, New York
          May 24, 2013

>    Respectfully submitted,
>
>    HUSCH BLACKWELL LLP
>
>    By:   /s/ Daniel P. Jaffe
>          Daniel P. Jaffe
>          60 East 42nd Street, Suite 4600
>          New York, NY  10165
>          Telephone:  (212) 485-9805
>          Facsimile:   (314) 480-1505
>          Dan.Jaffe@huschblackwell.com

SLC-6930634-1

>Carlos Rodriguez (*pro hac vice* forthcoming)
>HUSCH BLACKWELL LLP
>750 17th Street N.W.
>Suite 900
>Washington, D.C. 20006
>Telephone: (202) 378-2300
>Fax: (202) 378-2319
>Carlos.rodriguez@huschblackwell.com
>
>*Attorneys for Defendant D.T. Gruelle Company Group, L.L.C.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2013, I electronically filed a true and correct copy of the foregoing with the Clerk of Court using the CM/ECF system and that all counsel of record will be served via the Notice of Electronic Filing generated by CM/ECF.

>/s/ Daniel P. Jaffe

SLC-6930634-1