```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/3/13
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------x

SPACE EXPLORATION TECHNOLOGIES CORP.,

    Plaintiff,

v.

D.T. GRUELLE COMPANY GROUP, L.L.C.

    Defendant.
-----------------------------------------x

JOINT STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) and (c)

No. 1:12-cv-07510 (PAE)(KNF)

IT IS HEREBY JOINTLY STIPULATED AND AGREED, by and between the undersigned parties, through their respective counsel, that pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and (c), the above-captioned action is voluntarily dismissed, with prejudice against all parties herein.

Dated: New York, New York
May 31, 2013

COOLEY LLP

By: _____
Jason M. Koral
1114 Avenue of the Americas
New York, New York 10036
(212) 479-6000
(212) 479-6275 (F)

*Counsel for Plaintiff*

Dated: New York, New York
May 31, 2013

HUSCH BLACKWELL LLP

By: _____
Daniel P. Jaffe
60 East 42nd Street, Suite 4600
New York, New York 10165
(212) 485-9805
(314) 480-1505 (F)

*Counsel for Defendant*

SO ORDERED:

_____ 6/3/13
Paul A. Engelmayer

SLC-6934557-1